FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0638

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0638

_____

GEOFFERY D. WALTON AND SARAH L.
WALTON, WHISTLE CREEK PARTNERS LLC,
AND LYNN T. LABRIE AND ANN A. LABRIE,

      Petitioners, Counter-Defendants,
      and Appellees,

v.

JAMES A. MIRRO AND LORETTA MIRRO,

      Respondents, Counterclaimants,
      and Appellants.

O R D E R

_____

On October 27, 2023, Appellants filed a Notice of Appeal in this matter. On December 21, 2023, the Sixth Judicial District Court, Sweet Grass County, granted an extension of time to complete the transcripts on appeal until January 20, 2024, pursuant to its authority under M. R. App. P. 9(3)(b). To date, no transcripts have been filed.

IT IS ORDERED that, on or before March 26, 2024, Appellants shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Robin Lee.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024